# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| VLADIMIR GUSINKSY REVOCABLE TRUST, derivatively and on behalf of WALGREENS BOOTS ALLIANCE, INC., | ) CASE NO. 1:22-CV-01717 ) ) JUDGE CHARLES E. FLEMING ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| STEFANO PESSINA, et al., | ) ) |
| Defendants. | ) **JUDGMENT ENTRY** |

For the reasons fully set forth in the Memorandum Opinion and Order filed contemporaneously herewith, this matter is **DISMISSED WITHOUT PREJUDICE** to its refiling in a proper district.

**IT IS SO ORDERED.**

Dated: September 22, 2023

_____
CHARLES E. FLEMING
U.S. DISTRICT COURT JUDGE

1